IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE BELL,

        Petitioner,

v.                                     4:06cv416-WS

JAMES McDONOUGH,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed November 9, 2006. See Doc. 10. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be summarily dismissed. The petitioner has filed objections (doc. 11) to the magistrate judge's report.

Having carefully considered the record in light of the objections, this court has determined that the petitioner's petition for writ of habeas corpus must be summarily dismissed because authorization for filing a second or successive petition has not been granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 11) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby summarily DISMISSED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this   26th   day of   December  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE